DANIELLE OCHS, State Bar No. 178677
dot@ogletreedeakins.com
KRYSTAL N. LOPILATO, State Bar No. 263320
krystal.lopilato@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
OCTAGON, INC.

WALTER M. STELLA, State Bar No. 148215
wms@millerlawgroup.com
ADAM J. TULLMAN, State Bar No. 235694
ajt@millerlawgroup.com
MILLER LAW GROUP
111 Sutter Street, Suite 700
San Francisco, CA  94104
Telephone:     415.464.4300
Facsimile:     415.464.4336

Attorneys for Plaintiff
SEAN HOWARD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HOWARD<br><br>                  Plaintiff,<br><br>        v.<br><br>OCTAGON, INC.<br><br>                  Defendant. | Case No. C 13 1111 PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:   03/12/13<br>Trial Date:         None Set |

On May 7, 2013, the Parties filed a Stipulation Extending Time to Respond and Continuing Case Management Conference ("Stipulation").  Having considered the Stipulation and good cause appearing therefore, it is hereby ordered that the Stipulation is granted as follows:

1.      Defendant's deadline to respond to Plaintiff's First Amended Complaint shall be extended until after the date on which Plaintiff files his Second Amended Complaint.

2.      Plaintiff may file his Second Amended Complaint by May 31, 2013.

3.      The deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint (or First Amended Complaint if no Second Amended Complaint is filed), shall be June 19, 2013.

4.      The deadline for Plaintiff to file a Motion to Stay Arbitration shall be June 19, 2013.

5.      Oppositions to the motions filed on June 19, 2013 shall be due on July 3, 2013 and replies shall be due on July 10, 2013.

6.      The hearing date for any motion filed in response to Plaintiff's Second Amended Complaint and Plaintiff's Motion to Stay Arbitration shall be July 24, 2013.

7.      The Parties agree to stay an arbitration pending before the American Arbitration Association in Virginia until July 26, 2013.

8.      The Case Management Conference in this matter shall be continued to Thursday, August 29, 2013.

**IT IS SO ORDERED.**

Dated:      5/10/13



_____
HONORABLE ~~PHYLLIS J.~~ HAMILTON
UNITED STATES ~~DISTRICT~~ JUDGE

14975957.1

**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE**