1  DANIELLE OCHS, State Bar No. 178677
   dot@ogletreedeakins.com
2  KRYSTAL N. LOPILATO, State Bar No. 263320
   krystal.lopilato@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  OCTAGON, INC.

8  WALTER M. STELLA, State Bar No. 148215
   wms@millerlawgroup.com
9  ADAM J. TULLMAN, State Bar No. 235694
   ajt@millerlawgroup.com
10 MILLER LAW GROUP
   111 Sutter Street, Suite 700
11 San Francisco, CA  94104
   Telephone:    415.464.4300
12 Facsimile:    415.464.4336

13 Attorneys for Plaintiff
   SEAN HOWARD
14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SEAN HOWARD | Case No. C 13 1111 PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| OCTAGON, INC. | |
| Defendant. | Complaint Filed:  03/12/13<br>Trial Date:         None Set |

On May 7, 2013, the Parties filed a Stipulation Extending Time to Respond and Continuing Case Management Conference ("Stipulation"). Having considered the Stipulation and good cause appearing therefore, it is hereby ordered that the Stipulation is granted as follows:

1. Defendant's deadline to respond to Plaintiff's First Amended Complaint shall be extended until after the date on which Plaintiff files his Second Amended Complaint.

2. Plaintiff may file his Second Amended Complaint by May 31, 2013.

3. The deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint (or First Amended Complaint if no Second Amended Complaint is filed), shall be June 19, 2013.

4. The deadline for Plaintiff to file a Motion to Stay Arbitration shall be June 19, 2013.

5. Oppositions to the motions filed on June 19, 2013 shall be due on July 3, 2013 and replies shall be due on July 10, 2013.

6. The hearing date for any motion filed in response to Plaintiff's Second Amended Complaint and Plaintiff's Motion to Stay Arbitration shall be July 24, 2013.

7. The Parties agree to stay an arbitration pending before the American Arbitration Association in Virginia until July 26, 2013.

8. The Case Management Conference in this matter shall be continued to Thursday, August 29, 2013.

**IT IS SO ORDERED.**

Dated: 5/10/13

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

14975957.1

1  **Case No. C 13 1111 PJH**
**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND AND CONTINUING CASE MANAGEMENT CONFERENCE**